UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22409-CIV-SEITZ/McALILEY

BARBARA COLOMAR, on behalf of
herself and all others similarly situated,

       Plaintiff,

v.

MERCY HOSPITAL, INC., and
CATHOLIC HEALTH EAST, INC.,

       Defendants.
_____/

**ORDER STAYING MOTIONS FOR
ATTORNEY'S FEES AND COSTS**

Pending before the Court are Mercy Hospital's Verified Motion to Recover Attorney's Fees and Costs [DE 225] and Motion for Bill of Costs [DE 226]. Mercy Hospital, in whose favor final judgment was entered [DE 218], seeks attorney's fees and costs pursuant to the Florida Deceptive and Unfair Trade Practices Act (FDUTPA), Section 501.2105(1), Florida Statutes, and 28 U.S.C. § 1920. A review of the docket shows that Plaintiff Barbara Colomar has appealed the judgment [DE 227]. Because a decision in favor of Plaintiff on appeal could affect Mercy Hospital's entitlement to attorney's fees and costs, the Court concludes there is good cause to stay consideration of the motion for attorney's fees and costs and the motion for bill of costs pending a decision of the Eleventh Circuit Court of Appeals. Accordingly, it is

       ORDERED that

1. Mercy Hospital's Verified Motion to Recover Attorney's Fees and Costs [DE 225] and Motion for Bill of Costs [DE 226] are **stayed** pending resolution of the appeal.

2. The Clerk of the Court is **directed** to remove Mercy Hospital's Verified Motion to Recover Attorney's Fees and Costs [DE 225] and Motion for Bill of Costs [DE 226] from the active pending motions list.

3. The motions may be renewed, if appropriate, within **10 days** of the issuance of the mandate by the Court of Appeals, or at any time before that if circumstances change.

4. This order shall not otherwise prejudice the rights of the parties.

DONE and ORDERED in Miami, Florida this 16th day of August, 2007.

CHRIS McALILEY
U.S. MAGISTRATE JUDGE

Copies to:

The Honorable Patricia A. Seitz
All counsel of record