**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-22409-CIV-SEITZ/MCALILEY**

BARBARA COLOMAR, on behalf
of herself and all others similarly
situated,

      Plaintiff,

v.

MERCY HOSPITAL, INC., and
CATHOLIC HEALTH EAST, INC.,

      Defendants.

_____/

## FINAL JUDGMENT AWARDING COSTS TO DEFENDANT MERCY HOSPITAL

Defendant Mercy Hospital, Inc. shall recover its costs against Plaintiff Barbara Colomar in the

amount of **$8,268.46** pursuant to Fed. R. Civ. P. 54(d).  This judgment shall bear interest at the rate

prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Federal Rule of Civil

Procedure 69.

DONE AND ORDERED in Miami, Florida, this 26 day of September, 2008.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge McAliley
Counsel of Record

1